IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STACY CHILDRESS, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EMPIRE TODAY, LLC,<br><br>　　　　Defendant.<br>_____/ | :<br>:<br>:<br>:　Case No. 1:20-cv-02687<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**<u>STIPULATION OF DISMISSAL WITHOUT PREJUDICE</u>**

Please take notice that Plaintiff Stacy Childress and Defendant Empire Today, LLC hereby stipulate to the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Dated November 5, 2020

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: */s/ Avi R. Kaufman*
　　　　　　　　　　　　　　　　　　　　Avi R. Kaufman
　　　　　　　　　　　　　　　　　　　　Email: kaufman@kaufmanpa.com
　　　　　　　　　　　　　　　　　　　　KAUFMAN P.A.
　　　　　　　　　　　　　　　　　　　　400 NW 26th Street
　　　　　　　　　　　　　　　　　　　　Miami, FL 33127
　　　　　　　　　　　　　　　　　　　　Ph. 305-469-5881

　　　　　　　　　　　　　　　　　　　　Juneitha Shambee, Esq.
　　　　　　　　　　　　　　　　　　　　Shambee Law Office, Ltd.
　　　　　　　　　　　　　　　　　　　　701Main St., Ste. 201A
　　　　　　　　　　　　　　　　　　　　Evanston, IL 60202
　　　　　　　　　　　　　　　　　　　　(773) 741-3602
　　　　　　　　　　　　　　　　　　　　juneitha@shambeelaw.com
　　　　　　　　　　　　　　　　　　　　ARDC: 6308145

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff and the putative Class*

By:   */s/ Matthew J. Caccamo*

      John S. Letchinger (#6207361)
      Matthew J. Caccamo (#6282605)
      Baker & Hostetler LLP
      191 North Wacker Drive, Ste. 3100
      Chicago, IL 60606-1901
      (312) 416-6206
      Fax: 312-416-6260

      *Attorneys for Defendant*
      *Empire Today LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*
Avi R. Kaufman